UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:18-cv-00143-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ENTRY OF DEFAULT |
| v. | ) | |
| | ) | |
| MICHAEL C. PROCTOR et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion, request, and proper showing by the attorney for the Plaintiff, United States of America, the defendants, Michael C. Proctor and Proctor Brothers Nursery of Parkton, NC, Inc. ("Defendants"), having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against Defendants.

This **23** day of **October**, 2018.

_____
Peter Moore, Clerk
United States District Court